Funded Investments, Inc., Plaintiff-Appellant, v. Louis Kosary, et al., Defendants-Appellees, and Louis Kosary, et al., Third-Party Plaintiffs-Appellees, v. Trans-Lite Industries, Inc., Third-Party Defendant-Appellant.

Gen. No. 47,877.

First District, Second Division.

July 26, 1960.

Berke, Russ, Rawson, and Brandzel, of Chicago (Norman S. Rosen, of counsel) for plaintiff-appellant and third-party defendant-appellant; Moriarity and Moriarity, of Chicago (Maurice James Mori-

arity and Edward G. Vogt, of counsel) for defendants, third-party Opinion by JUSTICE FRIEND. Not to be published in full.